United States District Court
District of Massachusetts

pg 11 of 16

Plaintiff
  Kevin R Tighe
      vs
defendants
  Jim McNally, eddy, charlie, johnny, richie wright, mike durand
  Jay hurley, randy greene, F dan lynch   John Does - Jane Does
  1-100

Civil Action
02 CV 12487
D.P.W.

motion at the discretion of the court

The plaintiff seeks for a claim of Relief as follows ① That Article #26 Section 14 paragraph 6 wishes that the word petition be changed/amended to complaint(s) and the #(15) members be expounded to a greater number to be determined by Dept of Labor or Interbional Ass. of Bridge, Structural, ~~~~ Ornamental and Reinforcing Iron Workers

This is important as Local #7's Executive Board/committee has been compromised by agent mcnally's coaching of the wright's which has led to the voting bloc that they the wrights now enjoy and its the olny option any member has to offer dissent within Local #7 and its been perverted just like the defendants.

Kevin R Tighe
Kevin R Tighe
668 main st
wilmington ma 01887

motion subject for approval by the court 1/12/04

Kevin R Tighe