```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

KEVIN R. TIGHE,                   )
        Plaintiff,                )
                                  ) M.B.D. No. 04-10017-RCL
     v.                           )
                                  )
JIM MCNALLY, et al.               )
        Defendants.               )
_____

KEVIN R. TIGHE,                   )
        Plaintiff,                )
                                  ) M.B.D. No. 04-10018-RCL
     v.                           )
                                  )
JIM MCNALLY, et al.               )
        Defendants.               )
_____
```

MEMORANDUM AND ORDER

For the reasons stated below, Kevin R. Tighe's Petitions Seeking Leave to File are denied.

BACKGROUND

In January 2004, Judge Woodlock of this Court entered an order in Tighe v. McNally, et al., C.A. No. 02-12487-DPW, enjoining plaintiff from filing any new pleadings or complaints in this Court "without first obtaining the prior written approval of the Miscellaneous Business Docket Judge of the United States District Court for the District of Massachusetts." Docket No. 78 (1/8/04 Order).

On January 12, 2004, Mr. Tighe filed a Petition Seeking Leave of Court. Mr. Tighe's petition is accompanied by a copy

of Judge Woodlock's January 8, 2004 Order.  Through the petition, Mr. Tighe seeks to file in <u>Tighe v. McNally, et al.</u>, C.A. No. 02-12487-DPW, his Motion at the Discretion of the Court concerning the United States Department of labor and the Ironworkers Local 7 in Boston.

Two days later, on January 14, 2004, Mr. Tighe filed a second Petition requesting permission to file in <u>Tighe v. McNally, et al.</u>, C.A. No. 02-12487-DPW, his Motion to the Court explaining that his action is not an "Ironworkers issue" but rather concerns law enforcement issues.  As was his first petition, this second petition from Mr. Tighe is accompanied by a copy of Judge Woodlock's January 8, 2004 Order.

<u>DISCUSSION</u>

As an initial matter, the Court records indicate that <u>Tighe v. McNally, et al.</u>, C.A. No. 02-12487-DPW was closed on January 8, 2004.  See 1/8/04 Order Dismissing Case, Docket No. 79.  Mr. Tighe cannot now seek to file pleadings in the closed action.  More importantly, however, is that Mr. Tighe's petitions do not contain a "certification under oath that there is a good faith basis" for the petitions filing as required by the January 8, 2004 Memorandum and Order. Therefore, the petitions are denied for failing to comply with Judge Woodlock's January 8, 2004 Memorandum and Order.

CONCLUSION

Accordingly, for the reasons stated above, it is hereby

ORDERED, the Petition Seeking Leave of Court dated January 12, 2004, is DENIED; and it is further

ORDERED, the Petition to the Court dated January 14, 2004, is DENIED; and it is further

ORDERED, the clerk is directed to close theses actions.

SO ORDERED.

Dated at Boston, Massachusetts, this 18th day of May, 2004.


/s/ Reginald C. Lindsay
REGINALD C. LINDSAY

UNITED STATES DISTRICT JUDGE